CHARLES E. DALTON, ET AL. *v.* CITY AND COUNTY OF HONOLULU, A MUNICIPAL CORPORATION, ET AL.

No. 4852.

December 31, 1969.

Richardson, C.J., Abe, Levinson, Kobayashi, JJ., and Circuit Judge Hawkins in Place of Marumoto, J., Disqualified.

*Per Curiam.* The petitions for rehearing are denied without argument.

Abe, J., and Hawkins, Circuit Judge, having dissented from the majority in the original opinion do not concur.

*Allen M. Stack* and *Gary L. Wixom* (*Pratt, Moore, Bortz & Case* of counsel)

*Walter G. Chuck* and *Ken Harimoto* (*Chuck & Fujiyama* of counsel)

*Paul Devens,* Corporation Counsel, and *Michael Doran,* Deputy Corporation Counsel, City and County of Honolulu

*J. P. Russell* (*Jenks, Kidwell, Goodsill & Anderson* of counsel)

*Robert E. Brown* (*Anthony & Waddoups* of counsel)

*James W. Boyle* and *Felix Maciszewski* (*Carlsmith, Carlsmith, Wichman & Case* of counsel)

for the petitions.